IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIE B. HADLEY, JR.,<br><br>    Plaintiff,<br><br>    vs.<br><br>PAT QUINN; ILLINOIS DEPARTMENT OF CORRECTIONS; MONROE COUNTY BOARD; MONROE COUNTY, ILLINOIS; MONROE COUNTY JAIL; ST. CLAIR COUNTY JAIL; ANGELA D. CHANEY; JULIE DAVINROY; DALE ENGELMAN; and STATE APPELLATE DEFENDER 5TH DISTRICT,<br><br>    Defendants. | Case No.   10-cv-468-JPG-PMF |

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Willie B. Hadley's claims against defendants Pat Quinn (in his official capacity), Illinois Department of Corrections, Monroe County Board, Monroe County, Monroe County Jail, St. Clair County Jail, Angela D. Chaney (in her official capacity), Julie Davinroy (in her official capacity), Dale Engelman (in his official capacity) and State Appellate Defender 5th District are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Willie B. Hadley's claim under 42 U.S.C. § 1983 challenging the constitutionality of his 1976 conviction is dismissed for lack of jurisdiction; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Angela D. Chaney, Julie Davinroy, Dale Engelman and Pat Quinn (in their individual capacities) and against plaintiff Willie B. Hadley on Hadley's claims under 42 U.S.C. § 1983 that the custody imposed in 2009 pursuant to revocation of his parole is unconstitutional.

DATED:  September 21, 2012        NANCY J. ROSENSTENGEL, Clerk of Court

                                                        By:s/Deborah Agans/ Deputy Clerk

APPROVED: s/ J. Phil Gilbert
               J. PHIL GILBERT
               DISTRICT JUDGE